UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION



UNITED STATES OF AMERICA
and THE STATE OF FLORIDA,
ex rel. CHRISTINA PAUL,

    Plaintiffs,

v.

BIOTRONIK, INC.,

    Defendant.
_____/

Case No. 8:18-cv-396-T-36 JSS

**FILED *EX PARTE*
AND UNDER SEAL**

## UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States hereby notifies the Court of its decision to decline intervention in this action.

Although the United States declines to intervene in this matter, it respectfully refers the Court to 31 U.S.C. § 3730(c)(3). That provision allows the relator to maintain the action in the name of the United States, subject to the proscription of 31 U.S.C. § 3730(b)(1) that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Therefore, the United States respectfully requests that, should either the relator or the defendants propose that this action be dismissed, settled or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

S-18

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States respectfully requests that all pleadings, motions, responses, replies, notices, and any other papers filed in this action be served upon the United States through the undersigned counsel and, additionally, that all Orders, Notices, and other papers issued by the Court be so served on counsel for the United States. The United States also reserves its right to order any deposition transcripts and to intervene in this action, for good cause, at a later date. *See id.*

Finally, the United States respectfully requests that – except for the relator's Complaint, this Notice, and the Order unsealing this case – all papers ordered to remain under seal by this Court's prior orders be and remain under seal. This is requested because, in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and the time for making an election to intervene should be extended. As held by the district court in *United States v. Sunovion Pharmaceuticals, Inc.*, 2016 WL 6071737 (M.D. Fla. October 17, 2016) (Case No. 8:14-cv-1319-T-33 MAP), "documents filed by the Government that may reveal its process of investigating qui tam cases, such as requests for extensions of time to intervene, will remain under seal indefinitely." Similarly, in *United States ex rel. O'Keefe v. McDonnell Douglas Corp.*, 902 F. Supp. 189, 192 (E.D. Mo. 1995), the district court unsealed various documents, including the complaints, but permitted

2

materials that provided some "substantive details regarding the governments methods of investigation" to remain under seal.

The United States has submitted herewith a proposed Order for the Court's consideration.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General


ANDY J. MAO
COLIN M. HUNTLEY
BREANNA L. PETERSON
Civil Division
Commercial Litigation Branch
P.O. Box 261, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-3671
Facsimile: (202) 616-3085
Breanna.L.Peterson@usdoj.gov


MARIA CHAPA LOPEZ
United States Attorney

Dated: September 12, 2019    By:    _____
W. STEPHEN MULDROW
Assistant United States Attorney
Florida Bar No. 1014591
400 North Tampa Street, Suite 3200
Tampa, FL 33602
Telephone: (813) 274-6000
Facsimile: (813) 274-6200
Email: W.Stephen.Muldrow@usdoj.gov

*Counsel for the United States of America*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on September 12, 2019, I caused a copy of the foregoing United States' Notice of Election to Decline Intervention, and accompanying proposed Order, to be sent to the following individuals by United States First Class Mail, postage pre-paid:

Robert Aranda, Esquire
Campbell Trohn Tamayo & Aranda
1701 S. Florida Ave.
Lakeland, FL   33803

*Counsel for Qui Tam Relator*

W. STEPHEN MULDROW
Assistant United States Attorney

4