UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA
and THE STATE OF FLORIDA,
*ex rel.* CHRISTINA PAUL,

    Plaintiffs,

v.

BIOTRONIK, INC.,

    Defendant.
_____/

Case No. 8:18-cv-396-T-36 JSS

## NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL

PLEASE TAKE NOTICE that the undersigned Assistant United States Attorney, on behalf of the United States of America, hereby enters his appearance in substitution for Assistant United States Attorney W. Stephen Muldrow in this case, and requests that the Court direct all notices and orders and the like to its undersigned counsel at the address indicated below.

    MARIA CHAPA LOPEZ
    United States Attorney

By: */s/ Lacy R. Harwell, Jr.*
    Lacy R. Harwell, Jr.
    Assistant United States Attorney
    Florida Bar No. 714623
    400 N. Tampa Street, Suite 3200
    Tampa, Florida 33602-4798
    Telephone: (813) 274-6000
    Facsimile: (813) 274-6200
    E-mail: randy.harwell@usdoj.gov

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 24, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record:

Robert J. Aranda
r.aranda@cttalaw.com

*Counsel for Qui Tam Relator*

I FURTHER CERTIFY that I also sent a copy of the foregoing to the following individuals by United States First Class Mail, postage pre-paid:

Brett Elliott
U S Department of Justice (Civil Division-DC)
Civil Division
P.O. Box 261
Ben Franklin Station
Washington, DC  20044

*/s/Lacy R. Harwell, Jr.*
Lacy R. Harwell, Jr.
Assistant United States Attorney